# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| JOSE BANUELOS and TINA BANUELOS, ) ) ) Plaintiffs, ) ) VS. ) ) CHANDELEUR HOMES, INC., ) ) Defendant. ) | No. 04-1134-T |

## ORDER GRANTING JUDGMENT TO DEFENDANT

This action came on for trial on July 20 and 21, 2005. The court sitting without a jury heard the evidence and statements of counsel. At the conclusion of the evidence, the court issued oral findings of fact and conclusions of law, a transcript of which will serve as the written findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52.

For the reasons stated in open court on July 21, 2005, the court found that plaintiffs had not carried their burden of proof and that judgment will be entered for defendant.

The clerk will prepare a judgment accordingly.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

22 July 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/27/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:04-CV-01134 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Paul Newmon
 99 Court Square, STE 103
Huntingdon, TN 38344

Brian Casper
SCHULMAN, LEROY & BENNETT
501 Union St.
7th Floor
Nashville, TN 37219--067

E. Todd Presnell
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Todd Alan Rose
BURCH PORTER & JOHNSON
P.O. Box 130
107 West Blythe Street
Paris, TN 38242

Barbara J. Perutelli
SCHULMAN LEROY & BENNETT
501 Union Building
Ste. 701
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT