# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JOSE BANUELOS and TINA
BANUELOS

vs.

CHANDELEUR HOMES, INC.,          CASE NUMBER:     1:04-1134-T/An

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/25/2005, Judgment is entered for the defendant and this case is hereby DISMISSED.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

_7/28/05_          BY:     _C. Heed_
DATE                        DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7/29/05_ .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CV-01134 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Paul Newmon
99 Court Square, STE 103
Huntingdon, TN 38344

Todd Alan Rose
BURCH PORTER & JOHNSON
P.O. Box 130
107 West Blythe Street
Paris, TN 38242

E. Todd Presnell
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Barbara J. Perutelli
SCHULMAN LEROY & BENNETT
501 Union Building
Ste. 701
Nashville, TN 37219

Brian Casper
SCHULMAN, LEROY & BENNETT
501 Union St.
7th Floor
Nashville, TN 37219--067

Honorable James Todd
US DISTRICT COURT